1 | Frank Woodson
Navan Ward
2 | **BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.**
3 | 218 Commerce Street
P.O. Box 4160
4 | Montgomery, Alabama 36103
Telephone: 334-269-2343
5 | Facsimile: 334-954-7555
Attorneys for Plaintiffs
6 |
7 |
8 | UNITED STATES DISTRICT COURT
9 | NORTHERN DISTRICT OF CALIFORNIA
10 | SAN FRANCISCO DIVISION
11 |
12 | IN RE: BEXTRA AND CELEBREX         **MDL NO. 1699**
MARKETING SALES PRACTICES AND      District Judge:  Charles R. Breyer
13 | PRODUCT LIABILITY LITIGATION
14 | This Document Relates To:
15 | *William Randolph Hall, Sr. vs. Pfizer Inc, et al.*     **STIPULATION AND ORDER OF
(06-2273 CRB)                                          DISMISSAL WITH PREJUDICE**
16 |
17 | *Roger Harper vs. Pfizer Inc, et al.*
(06-6023 CRB)
18 | *Sandra Hawkins, et al. vs. Pfizer Inc, et al.*
(07-2218 CRB)
19 |
20 | *Leon Hendrix vs. Pfizer Inc, et al.*
(08-0704 CRB)
21 | *Tom Hilaman (FL), et al. vs. Pfizer Inc, et al.*
(07-4383 CRB)
22 |
23 | *Charles Lee Holmes vs. Pfizer Inc, et al.*
(06-4211 CRB)
24 | *Bruce Holzwarth vs. Pfizer Inc, et al.*
(07-3035 CRB)
25 |
26 | *David E. Huard vs. Pfizer Inc, et al.*
(08-0796 CRB)
27 | *Clifford Jackson vs. Pfizer Inc, et al.*
(06-5042 CRB)
28 |

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
EAST\42579891.1

1   *Debbie Jackson, et al. vs. Pfizer Inc, et al.*
    (06-2605 CRB)
2
    *Ozzie Jackson vs. Pfizer Inc, et al.*
3   (06-2274 CRB)

4   *Ronald Jacoby vs. Pfizer Inc, et al.*
    (07-4689 CRB)
5
    *Kathy Jewell vs. Pfizer Inc, et al.*
6   (07-1355 CRB)

7   *Dorothy Johnson vs. Pfizer Inc, et al.*
    (06-5039 CRB)
8
    *Billie Jean Johnstone vs. G.D. Searle LLC, et*
9   *al.*
    (07-4549 CRB)
10
    *John R. Jones vs. Pfizer Inc, et al.*
11  (06-3899 CRB)

12  *Sylvester Jones vs. G.D. Searle LLC, et al.*
    (07-4550 CRB)
13
    *Robert K. Kiser II vs. Pfizer Inc, et al.*
14  (06-4104 CRB)

15  *Frank Klinger vs. G.D. Searle LLC, et al.*
    (05-4739 CRB)
16
    *Alberta A. Kreitzer vs. Pfizer Inc, et al.*
17  (08-2149 CRB)

18  *Vasudev Kulkarni vs. Pfizer Inc, et al.*
    (07-1528 CRB)
19
    *Bertha R. Lacy vs. Pfizer Inc, et al.*
20  (06-7383 CRB)

21  *Jackie Lancaster (MS), et al. vs. Pfizer Inc, et*
    *al.*
22  (08-1856 CRB)

23  *Thomas Lauer vs. Pfizer Inc, et al.*
    (08-2854 CRB)
24
    *Barbara Laver vs. Pfizer Inc, et al.*
25  (08-3705 CRB)

26  *Kenneth Prouty, et al. vs. Pfizer Inc, et al.*
    (06-7631 CRB)
27
    *Vickie L. Lewis vs. Pfizer Inc, et al.*
28  (06-4284 CRB)

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

1

2   *Robert L. Lippincott vs. Pfizer Inc, et al.*
    (07-5018 CRB)

3   *John Scarcliff vs. G.D. Searle LLC, et al.*
    (05-4454 CRB)

4

5   *Norma Matthias vs. Pfizer Inc, et al.*
    (06-7632 CRB)

6   *Elise Mayes vs. Pfizer Inc, et al.*
    (08-3702 CRB)

7

8   *William D. McCluskey vs. Merck & Co. Inc, et
    al.*
    (07-3342 CRB)

9

10  *Phyllis McCord vs. G.D. Searle LLC, et al.*
    (05-4738 CRB)

11  *Barbara Dyer, et al. vs. Pfizer Inc, et al.*
    (07-1317 CRB)

12

13  *Vince Mejer vs. Pfizer Inc, et al.*
    (07-0237 CRB)

14  *James Byron McVay vs. Pfizer Inc, et al.*
    (07-0861 CRB)

15

16  *Alfred Melton vs. Pfizer Inc, et al.*
    (06-2745 CRB)

17  *Richard McNabb, et al. vs. Pfizer Inc, et al.*
    (07-6450 CRB)

18

19  *Wilmer Merriweather vs. G.D. Searle LLC, et
    al.*
    (05-4452 CRB)

20

21  *Rhoda Messer, et al. vs. Pfizer Inc, et al.*
    (06-6588 CRB)

22  *Ronald Miller vs. Pfizer Inc, et al.*
    (09-0892 CRB)

23

24  *Linda Mirza vs. Pfizer Inc, et al.*
    (06-3818 CRB)

25  *Carolyn Montiforte vs. Pfizer Inc, et al.*
    (07-4735 CRB)

26

27  *Henry C. Morris vs. Pfizer Inc, et al.*
    (06-3686 CRB)

28  *Cynthia H. Mullis, et al. vs. Pfizer Inc, et al.*

-3-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42579891.1

1 | (09-0891 CRB)

2 | *Patsy Murry, et al. vs. Pfizer Inc, et al.*
*(06-7438 CRB)*

3 |

4 | *Ed Narke vs. Pfizer Inc, et al.*
*(08-0260 CRB)*

5 | *Dian C. Neal vs. Pfizer Inc, et al.*
*(06-3900 CRB)*

6 |

7 | *Rosa M. Nelson vs. Pfizer Inc, et al.*
*(06-2275 CRB)*

8 | *Cliff Norwood vs. G.D. Searle LLC, et al.*
*(05-4451 CRB)*

9 |

10 | *Floyd Odom vs. Pfizer Inc, et al.*
*(07-5885 CRB)*

11 | *Joan J. Opel vs. Pfizer Inc, et al.*
*(07-4372 CRB)*

12 |

13 | *Mary Osteen vs. Pfizer Inc, et al.*
*(06-6928 CRB)*

14 | *Elvis Owens, et al. vs. Pfizer Inc, et al.*
*(06-5002 CRB)*

15 |

16 | *James Curtis Owens vs. Pfizer Inc, et al.*
*(06-1669 CRB)*

17 | *Marvin Palmer vs. Pfizer Inc, et al.*
*(06-6499 CRB)*

18 |

19 | *Albert Pearson vs. G.D. Searle LLC, et al.*
*(05-4455 CRB)*

20 | *R.V. Perkins vs. Pfizer Inc, et al.*
*(08-3699 CRB)*

21 |

22 | *Jo Anne Pierce vs. G.D. Searle LLC, et al.*
*(05-4492 CRB)*

23 | *Kirk Redenius vs. Pfizer Inc, et al.*
*(06-4901 CRB)*

24 |

25 | *Linda Redinger vs. Pfizer Inc, et al.*
*(07-0454 CRB)*

26 | *Tammy L. Ribble vs. Pfizer Inc, et al.*
*(06-7283 CRB)*

27 |

28 | *Zelma Riffle, et al. vs. Pfizer Inc, et al.*
*(06-6114 CRB)*

-4-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

EAST\42579891.1

1

2  *Tracy Ring vs. G.D. Searle LLC, et al.*
   (06-0733 CRB)

3

4       Come now Plaintiffs in the above-entitled actions and Defendants, by and through the

5  undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

6  stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with

7  each side bearing its own attorneys' fees and costs.

8

9       DATED: 10·16 2009      By: *Plaven Word F.*

10                              **BEASLEY, ALLEN, CROW, METHVIN,**
                                **PORTIS & MILES, P.C.**
11                              218 Commerce Street
                                P.O. Box 4160
12                              Montgomery, Alabama 36103
                                Telephone: 334-269-2343
13                              Facsimile: 334-954-7555

14                              *Attorneys for Plaintiffs*

15

16       DATED: Oct. 19, 2009      By:

17                              **DLA PIPER LLP (US)**
18                              1251 Avenue of the Americas
                                New York, New York 10020
19                              Telephone: 212-335-4500
                                Facsimile: 212-335-4501

20                              *Defendants' Liaison Counsel*

21

22

23       **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,**
         **IT IS SO ORDERED.**
24

25

26       Dated: 10/22/2009
                                Hon. Charles R. Breyer
27                              United States District Court

28

                                      -5-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**
                              EAST\42579891.1